NO. 07-05-0275-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

DECEMBER 8, 2005

______________________________

IN THE INTEREST OF C.K.T., T.M.T., AND V.M.T.

_________________________________

FROM THE 46
TH
 DISTRICT COURT OF WILBARGER COUNTY;

NO. 23,501; HONORABLE TOM NEELY, JUDGE

_______________________________

Before REAVIS and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION

Appellant, Freddie L. Thrash, filed a notice of appeal from a final decree entered on April 28, 2005.  The appellate record was complete on filing of the reporter’s record October 7, 2005.  
See
 Tex. R. App. P. 
34.1.  By letter dated November 22, 2005,  the clerk of this court notified counsel for appellant that appellant’s brief was due November 7, 2005, but had yet to be filed.  
See
 
Tex. R. App. P.
 38.6(a).  The letter further advised appellant that the appeal would be subject to dismissal for want of prosecution if the brief, or a response reasonably explaining the failure to file a brief with a showing that appellee had not been injured by the delay, was not filed by December 2, 2005.  No brief, motion for extension or other response has been received.
(footnote: 1)
 Accordingly, we now dismiss the appeal for want of prosecution and failure to comply with a directive of the court.  
See
 
Tex. R. App. P.
 38.8(a)(1) and 42.3(b), (c).    

Mackey K. Hancock

        Justice

FOOTNOTES
1: Appellant filed a Notice of Withdrawal of Appeal on November 4, 2005 but the Court was not able to act on the motion without the appropriate fee being paid.  
See
 Tex. Gov’t Code § 51.207(c)(4).